UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN R. WALSH, III : | |
| Plaintiff : | CIVIL ACTION NO. 3:17-0952 |
| : | (D.J. Mannion) |
| v. : | (M.J. Carlson) |
| ANDY WALLACE, ESQ., : | |
| Defendant : | |

### O R D E R

Based on the report of Judge Carlson, (Doc. 7), to which no objections have been filed, **IT IS HEREBY ORDERED THAT** the report is **ADOPTED IN ITS ENTIRETY**.[1] Plaintiff's complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE**. *See* Roy v. Supreme Court of U.S., 484 F.App'x 700, 700 (3d Cir. 2012) (dismissal under Rule 8 is justified if the complaint is not comprehensible). Leave to amend is **DENIED** based on futility. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: July 6, 2017

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2017 ORDERS\17-0952-01.wpd

---

[1] As Judge Carlson explains, Walsh's complaint fails to comply with Fed.R.Civ.P. 8 and it fails to state a cognizable claim. The court has also reviewed Walsh's two documents filed after Judge Carlson's report titled "Obstruction of Justice", (Doc. 10, Doc. 11), and does not find them to be objections to the report.